# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
|  | ) | Case No. | 1:20MJ44LDA |
| Stephen J. Rivitz, DOB: 1948 | ) | | |
|  | ) | | |
|  | ) | | |
|  | ) | | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2020__ in the county of _____ in the _____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349; | Conspiracy to Commit Wire Fraud; |
| 18 U.S.C. § 1956(h); | Money Laundering; |
| 18 U.S.C. § 371; and | Conspiracy to Commit Theft of Public Money; and |
| 18 U.S.C. § 641 | Theft of Public Money |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Matthew J. Riportella of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Matthew J. Riportella - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 22, 2020

*Judge's signature*

City and state: Narragansett, Rhode Island     Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*